Dismissed and Memorandum Opinion filed June 25, 2009








Dismissed
and Memorandum Opinion filed June 25, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00759-CV

____________

 

ASIA CHEMICAL CORPORATION, INC., Appellant

v.

JOHN CHUNG, JOEY CHUNG, MANSHAO
CHUNG, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BITAR CHUNG,
Appellees

 



On Appeal from the 281st District Court

Harris County, Texas

Trial Court Cause No. 2007-68299



_____________

 

NO. 14-08-00946-CV

_____________

 

IN RE ASIA CHEMICAL CORPORATION, INC, Relator

 



ORIGINAL
PROCEEDING

WRIT OF MANDAMUS



 

M E M O R A N D U M   O P I N I O N








This is
an interlocutory appeal from a judgment signed July 24, 2008, and a petition
for writ of mandamus filed October 15, 2008.  On June 18, 2009, the parties
filed an agreed motion to dismiss the appeal and the petition.  See Tex. R. App. P. 42.1.  The motion is
granted.       

Accordingly,
the appeal and the petition are ordered dismissed.

 

PER
CURIAM

 

 

Panel consists of Justices Frost, Brown, and Boyce.